*Copies Mailed/Faxed*
*Chambers of Vincent L. Briccetti*    12/19/23

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

JOSE RIVERA COLON,                            :
                    Plaintiff,           :

                          :           **ORDER**

v.                                            :
                          :           22 CV 635 (VB)

GUTWEIN; C.O. R. FLANAGAN; C.O. J.            :
CROFOOT; and C.O. S. HAZELWOOD,               :
                Defendants.           :
------------------------------------------------------------x

      On September 29, 2023, defendants moved to dismiss the amended complaint in this matter. (Doc. #53). On October 2, 2023, the Court entered a scheduling Order, which provided that plaintiff's opposition to defendants' motion was due on November 30, 2023, and defendants' reply was due on December 14, 2023. (Doc. #56). To date, plaintiff, proceeding <u>pro se</u> and <u>in forma pauperis</u>, has not responded to defendants' motion.

      Accordingly, it is HEREBY ORDERED that plaintiff's deadline to oppose defendants' motion to dismiss the amended complaint is <u>sua sponte</u> extended to **<u>January 18, 2024</u>**. Defendants' reply, if any, is due **<u>February 1, 2024</u>**.

      **<u>Should plaintiff fail to oppose defendants' motion by January 18, 2024, the Court will deem the motion fully submitted and unopposed, and will decide it in due course.</u>**

      The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith, and therefore <u>in forma pauperis</u> status is denied for the purpose of an appeal. <u>Cf.</u> <u>Coppedge v. United States</u>, 369 U.S. 438, 444–45 (1962).

      Chambers will mail a copy of this Order to plaintiff at the address on the docket.

Dated: December 19, 2023
      White Plains, NY

                      SO ORDERED:

                      Vincent L. Briccetti
                      United States District Judge