Copies Mailed/Faxed
Chambers of Vincent L. Briccetti

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x

JOSE RIVERA COLON,
          Plaintiff,

v.                                                                                            **ORDER**

C.O. R. FLANAGAN, C.O. J. CROFOOT, and                         22 CV 635 (VB)
C.O. S. HAZELWOOD,
          Defendants.
--------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/28/25

      As discussed at a telephone conference held yesterday, at which plaintiff, who is proceeding pro se, and defense counsel appeared, it is HEREBY ORDERED:

      1.      By March 6, 2025, defense counsel shall provide plaintiff with all discovery materials in this case and a HIPAA release form. By April 7, 2025, plaintiff shall execute and return the HIPAA release form to defense counsel.

      2.      The parties are directed to discuss settlement in good faith. By April 24, 2025, defense counsel shall file a status letter regarding settlement.

      3.      The next case management conference is scheduled for May 8, 2025, at 9:30 a.m. It is the responsibility of defense counsel to make prior arrangements with the appropriate facility to ensure plaintiff is available by phone. Plaintiff and defense counsel shall use the following information to connect by phone:

      Dial-In Number:    (914) 292-4033
      Conference ID:    266 977 185#

      Chambers will mail a copy of this Order to plaintiff at the address listed on the docket.

Dated: February 28, 2025
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge