```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
JOSE RIVERA COLON,                                       :
                       Plaintiff,                        :
v.                                                       :       ORDER
                                                         :
C.O. R. FLANAGAN, C.O. J. CROFOOT, and                   :       22 CV 635 (VB)
C.O. S. HAZELWOOD,                                       :
                       Defendants.                       :
                                                         :
--------------------------------------------------------------x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/25/25

Copies Mailed/Faxed 4/25/25
Chambers of Vincent L. Briccetti

On February 28, 2025, the Court ordered defense counsel to submit a joint letter by April 24, 2025, regarding the status of the parties' settlement discussions. (Doc. #87).

Defense counsel has failed to comply with this deadline.

By April 28, 2025, defense counsel is directed to file a letter regarding the status of the parties' settlement discussions.

Chambers will mail a copy of this Order to plaintiff at the address on the docket.

Dated: April 25, 2025
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge