

**Office of the New York State Attorney General**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-5-25

Letitia James
Attorney General

June 5, 2025

Copies Mailed/Faxed 6-5-25
Chambers of Vincent L. Briccetti

**Via ECF**
Hon. Vincent L. Briccetti
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601-4150

Re: <u>Colon v. Gunsett et al.</u>, 22-CV-0635 (VB)

Dear Judge Briccetti:

This Office represents the remaining Defendants in this action. I write to respectfully request that the upcoming conference scheduled for June 12, 2025 be adjourned to a date later in the month (other than June 30, when I am scheduled to undergo a medical procedure). The reason for this request is that I am scheduled for a series of biopsies in the mornings of June 11 and 12 related to the removal of a large tumor (ultimately determined to be benign) I underwent in 2024 and rescheduling the June 12 biopsy will result in a delay of several weeks.

We thank the Court for its consideration.

Respectfully submitted,

*/s/ Jeb Harben*
Jeb Harben
Assistant Attorney General
(212) 416-6185

cc: Jose Rivera Colon (DIN 18-A-3071)
Attica Correctional Facility
639 Exchange St. Rd.
Box 149
Attica, NY 14011-0149

Litigation Bureau | 28
212-4

---

Defendants' request for an adjournment of the June 12, 2025, case management conference is GRANTED. The conference is adjourned to June 26, 2025, at 2:30 p.m. It is the responsibility of defense counsel to make prior arrangements with the appropriate facility to ensure plaintiff is available by phone. Plaintiff and defense counsel shall use the following information to connect by phone:

<u>Dial-In Number</u>:    (914) 292-4033
<u>Conference ID</u>:    266 977 185#

SO ORDERED:

*Vincent Briccetti*

Vincent L. Briccetti
United States District Judge
June 5, 2025