UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
JOSE RIVERA COLON,
                Plaintiff,

v.                                                                                  **ORDER**

C.O. R. FLANAGAN, C.O. J. CROFOOT, and          22 CV 635 (VB)
C.O. S. HAZELWOOD,
                Defendants.
--------------------------------------------------------------x

      In light of defense counsel's status update letter dated August 29, 2025 (Doc. #97), in which counsel states that he hopes to submit a signed settlement agreement to the Court within one month, it is hereby ORDERED that by September 29, 2025, the parties shall file either a stipulation of dismissal or a joint letter regarding the status of settlement.

      All pending deadlines are stayed and the case management conference scheduled for September 15, 2025, is cancelled.

      Chambers will mail a copy of this Order to plaintiff at the address on the docket.

Dated: September 2, 2025
       White Plains, NY

                                                SO ORDERED:

                                                Vincent L. Briccetti
                                                United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/2/25

Copies Mailed/Faxed 9/2/25
Chambers of Vincent L. Briccetti