Copies Mailed/Faxed
Chambers of Vincent L. Briccetti

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/30/25

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
JOSE RIVERA COLON,
                          Plaintiff,           :

v.                                             :            **ORDER**

                                               :
C.O. R. FLANAGAN, C.O. J. CROFOOT, and         :            22 CV 635 (VB)
C.O. S. HAZELWOOD,
                          Defendants.           :
-----------------------------------------------------------x

   In light of defense counsel's status update letter dated September 29, 2025 (Doc. #99), in which counsel states that he hopes to submit a signed settlement agreement to the Court within the next month, it is hereby ORDERED that by October 31, 2025, the parties shall file either a stipulation of dismissal or a joint letter regarding the status of settlement.

   All pending deadlines are stayed.

   Chambers will mail a copy of this Order to plaintiff at the address on the docket.

Dated:  September 30, 2025
        White Plains, NY

                                   SO ORDERED:

                                   _____
                                   Vincent L. Briccetti
                                   United States District Judge